# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | <u>Chandler v. Norwood, et al</u> | : | CIVIL NO. 1:CV-12-1658 |
| | | : | |
| | | : | (Judge Conner) |
| Inmate: | **Johnny Ray Chandler** | : | |
| | | : | |
| ID: | **11977-007** | : | |

## **ORDER**

This civil rights complaint was filed by Johnny Ray Chandler, an inmate currently located at the United States Penitentiary-Lewisburg, Lewisburg, Pennsylvania. The plaintiff failed to submit either a filing fee or the proper forms required to proceed <u>in forma pauperis</u> in a civil rights case. By Administrative Order dated August 23, 2012, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and an authorization form. The appropriate forms were enclosed with the Order. (Doc. 3). Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                    S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge

Dated:      October 1, 2012